RE: 10-12 YEAR OLD SEX SLAVES!!!
— MISDEMEANOR —
PRE TRIAL DETAINEE

PRISONER CIVIL RIGHTS ACT COMPLAINT FORM
42 U.S.C. §1983
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

FILED
ASHEVILLE, NC

AUG 27 2025

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

RABBI DEAN ALTON HOLCOMB
(Enter above full name of Plaintiff/only
One plaintiff permitted per complaint.)

v.

OFC. RODRIGUEZ
IN HIS INDIVIDUAL CAPACITY

Case No. _____

_____
(Enter above full name of defendant or defendants.)

I.     PREVIOUS LAWSUITS

A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?     Yes ( )  No ( ✓ )

B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit describe the additional lawsuits on an additional sheet of paper, using the same outline.

1.  Parties to previous lawsuits:
    Plaintiffs: N/A
    _____

    Defendants: N/A
    _____

2.  Court (if federal court, name the district; if state court, name the county): NA
    _____

3.  Docket number: NA

4.  Name of presiding judge: NA

5.  Disposition (for example, was the dismissed? Appealed? Is it still pending?)
    NA

6.  Approximate date of case filing: NA

2 CHILDREN IN BASEMENT

*(left margin, vertical:)* DENIED 42 USC 1983 PACKS ON KIOSK SERVICE! PLZ REQUESTS IGNORED & NO COPY SERVICE! PLZ ALLOW FRONT & BACK FORMAT

*(right margin, vertical:)* PLZ CONTACT FBI. RE: CHILD PORN!!!

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

RABBI DEAN ALTON HOLCOMB,

VS,

LT. McCALL - INDIVIDUALLY
MS. STRAUPE(??) (LADY WHO ANSWERS KIOSK),
INDIVIDUALLY

I HAVE INFORMATION ON A CHILD PORN RING
OPERATING IN BREVARD, NC & TRANSYLVANIA
COUNTY. I HAVE EVIDENCE OF COURT OFFICIAL
INVOLVEMENT. I ASKED TRANSYLVANIA County DETENTION
TO CONTACT THE FBI ABOUT A CHILD INTERNET Sex
RING AND ON 8/18/2025 THE REPLY WAS YOU
MAY WRITE THE FBI - NO ADDRESS GIVEN,
BREVARD CITY DETECTIVES DID ABOUT A 15 MINUTE
INTERVIEW BUT STOPPED WHEN I MENTIONED
MY ARREST DETAILS. I AM HERE ON A
& TCSO & DETENTION CENTER
MISDEMEANOR CHARGE THAT CARRIES A MAX
SENTENCE OF 45 DAYS I WILL DO OVER 90+
BEFORE COURT. FIRST APPEANCE!!!
ON 8/20 THE KIOSK REPLY WAS THE FBI ADDRESS
CHILD PORN ALLEGATION IS "FRIVIOUOUS"
NO MAILING ADDRESS PROVIDED

RELIEF
$10 MILLION FROM EACH DEFENDANT, PUBLIC APOLOGY
FBI INVESTIGATION INTO TCSO DETENTION
CENTER AND MY HUMAN RIGHTS VIOCATIONS
& DEFENDANTS

8/21/25   RABBI Dean     PRO SE

**CALL FBI**

STOP CHILD SLAVERY NC

CALL FBI SAVE SMALL CHILDREN

## II. PREVIOUS IN FORMA PAUPERIS LAWSUITS

A. While incarcerated or detained in any facility, have you filed a lawsuit in any federal court in which you were allowed to proceed in forma pauperis (without prepayment of fees)?
Yes ( ✓ ) No ( )
1. Name the court and docket number for each: GREENVILLE SC / COLUMBIA, SC
MANY - MANY - MANY

B. Were any of these cases dismissed under 28 U.S.C. §1915(d) on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted?
Yes ( ) No ( ✓ )
1. If yes, how many? N/A
2. Name the court and docket number for each action: N/A

## III. EXHAUSTION OF INMATE ADMINISTRATIVE REMEDIES

A. Did you present the facts of each claim relating to your complaint to the Inmate Grievance Commission or any other available administrative remedy procedure?
Yes ( ✓ ) No ( ) - ASKED FOR SUPERVISOR V/A

B. If your answer is Yes: CALL BAY -
1. When did you file your grievance?
8/14/2025 AT
2. What was your grievance?
RODRIGUEZ CALLED ME A PUSSY MULTIPLE TIMES TRYING TO ENGAGE
3. Did you appeal any adverse decision to the highest level possible in the administrative procedure? Yes ( ) No ( ✓ ) A FIGHT!

If yes, when was the decision and what was the result?
NOT POSSIBLE - KIOSK IS A RUBBER STAMP DENIAL PROCESS DESIGNED TO TWART ASSISTANCE.

C. If your answer to A is no, identify the claim(s) and explain why not:
THE KIOSK DOES NOT ALLOW FOR EFFICIENT USE KICKING ONE OFF AND LOCKING THEM OUT - ALSO IT IS IRRELEVANT LEGALLY I'M A PRETRIAL DETAINEE NOT BOUND BY THE P.L.R.A.!

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

RABBI DEAN ALTON HOLCOMB

   VS.

LT. McCALL — IN HIS INDIVIDUAL CAPACITY
OFC. STRAUP(?) — IN HER OFFICIAL CAPACITY

   My FAMILY HACKED my BANK ACCOUNTS &
MADE A FALSE STATEMENT TO A MAGISTRATE
CLAIMING FALSE IMPRISONMENT. I WAS GIVEN A $1,000.00
BOND ON A CHARGE THAT CARRIES A MAXIMUM OF 45
DAYS. HOWEVER AT MY 60th DAY MARK MY COURT DATE
WAS POSTPONED. I HAVE DIGITAL RECORDING PROVING
MY INNOCENCE BUT WILL DO 90th DAYS.

   THE TRANSYLVANIA COUNTY DETENTION CENTER IS A
CIVIL RIGHTS FREE ZONE. AS PACER WILL SHOW I KNOW
INMATE RIGHTS INTIMATELY ESPECIALLY KOSHER MEALS
SEE <u>RABBI HOLCOMB VS. GREENVILLE COUNTY DETENTION CENTER</u>.
TCSO JAIL IS A FEDERAL HOLDING FACILITY AND ARE
UNDER CONTRACT TO UPHOLD FEDERAL PRETRIAL STANDARDS
BUT DO NOT. THE MEALS ARE NOT KOSHER (2 BE ADDRESSED
IN A SEPERATE TORT) FOOD IS USED AS PUNISHMENT (2 BE
ADDRESSED IN A SEPERATE SUIT) AND MANY MORE. I BRING
THIS SUIT UNDER P.R.E.A. ~ THEN
   I WAS UNDER A DISCIPLINARY LOCK-UP AND WENT TO AN
ENHANCED BEHAVIORAL MODIFICATION CELL WITH ~1/2 THE LUMENS
OF LIGHT AS PROVIDED TO OTHER INMATES. I COULD NOT
READ MY SCRIPTURES. ALSO THIS CELL HAS A 24 HOUR
CAMERA 8'-10' ABOVE THE TOILET. I SCREAMED PREA
TO TWO SHIFTS OF OFFICERS, CORPORALS & SGTS TO NO
AVAIL (2 BE ADDRESSED IN SEPERATE SUITS).

CALL F.B.I.

STOP SEX SLAVERY

STOP SEX SLAVERY

IV. PARTIES
A. Plaintiff's Name: RABBI DEAN ALTON HOLCOMB
Address/Place of Confinement: 292 ALLISON ROAD
BREVARD, NC 28712

B. Defendant(s)

Name of Defendant 1: OFFICER RODRIGUEZ
Position: DETENTION OFFICER
Place of Employment: TRANSYLVANIA COUNTY SHERIFFS OFFICE
Current Address: 153 PUBLIC SAFETY WAY
BREVARD NC 28712

Additional Defendant(s) provide name, position, place of employment, and current address for each.

Defendant 2: _____
_____
_____

Defendant 3: _____
_____
_____

Defendant 4: _____
_____
_____

(Continue on separate sheet if necessary.)

V. STATEMENT OF CLAIM
State here as briefly as possible the FACTS in your case. Do this by describing how each defendant named in Section IV B. above is personally involved in depriving you of your rights. All relevant times, dates, and places should be included. YOU MAY, BUT NEED NOT, GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. You may only combine claims involving events that relate to all defendants. Number and set forth each separate claim in a separate paragraph. Unrelated claims involving separate events must be set out in a separate complaint. (Attach additional sheets if necessary.)

ON 8-14-25 AT @ ~ 11:25 AM OFC. RODRIGUEZ
WHILE DISCUSSING THE CONSTITUTIONALITY
OF THE TCSO MISCONDUCT LOCKDOWN
PROCESS AS PERFORMED - A CONCEPT HE
DOES NOT UNDERSTAND TO MEET
CONSTITUTIONAL MUSTER. RODRIGUEZ
BECAME CONFRONTATIONAL CALLING ME A
PUSSY AND CHALLENGING ME TO A
FIGHT - I REPLIED "LAY HANDS ON ME"
OR SOMETHING TO THAT EFFECT.
RODRIGUEZ ALSO USED OTHER PROFANE

On the morning of 8/20/25 Lt. McCall came raging into the cell with my breakfast tray while I was still asleep. I screamed PREA, he said what's that? Then said "I can scream it too!" and mocked me saying "PREA-PREA." I told him I wanted off the "kosher" diet b/c I've lost ~30 kilos (sperate suit) McCall said he wanted in writing I was then allowed to use the kiosk. Later that day at lunch I started spitting up blood. I went into Massada mode. I would rather kill myself then be killed by my enemy. I stated via the call box I would no longer take diabetic medication, I was moved to a padded cell with a toilet built into the floor also under 24 hour surveillance. When you urinate it splashes off the grate onto your feet and legs, there is no sink or water to wash nor soap or toilet paper (seperate suits), when you defecate it just sits on the grate and when loose stool it splashes on feet & legs. I was denied water and begged for hours and told if I would follow every directive no matter if legal or constitutional I would recieve ~3oz. (seperate suits). Diabetes makes you thirsty. Knowing now that TCSO detention center officers will not follow the law or the <u>Geneva</u> convention on POW. treatment I now comply.
      I seek $10 m each, public apology & justice department investigation

P.S. Kiosk reply
PREA, claim is
frivolous!)        Rabbi Dear Ca. H...

8/22/2025 A1

# CALL FBI

LANGUAGE IN THE INCIDENT.

LATER THE SAME DAY AT THE EVENING SHIFT CHANGE RODRIGUEZ ADMITTED TO OFC. GODINEZ ALSO ON BODY CAM THAT HE CALLED ME A PUSSY.

RODRIGUEZ WAS ARMED WITH A TASER. THIS CRIME WAS ATTEMPTED TO BE REPORTED BUT DENIED ACCESS TO A SUPERVISOR AND USE THE KIOSK IN A FEW DAYS.

RODRIGUEZ IS PART OF A CAMPAIGN OF ANTI SEMITE BEHAVIOR AT THE TCSO.

PLEASE NOTE DEFENDANT IS ALSO A COWARD - I WOULD HAVE CERTAINLY RESPONDED WITH EXPERT PRECISION HAD HE VIOLATED MY PERSON AS IS MY HUMAN RIGHT.

**VI. REQUESTED RELIEF**

STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. YOU NEED NOT MAKE ANY LEGAL ARGUMENTS, OR CITE ANY CASES OR STATUTES.

JUSTICE DEPT INVESTIGATION INTO CIVIL RIGHT AND HATE CRIMES WITH FULL PROSECUTION TO THE FULLEST EXTENT OF THE LAW.

$1,000,000.00 IN USD

A FORMAL APOLOGY TO BE ISSUED TO THE MEDIA OUTLETS BE MY CHOICE

RABBI Dean ALTON HOLCOMB
POLITICAL PRISONER #68997

8-14-2025 AT

ISOLATION CELL #A3

SAVE 10-12 YEAR OLD SEX SLAVE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

RABBI DEAN ALTON HOLCOMB

VS.

OFFICER VACHER — INDIVIDUAL CAPACITY
SGT. DOBBINS — INDIVIDUAL CAPACITY.

I HAVE BEEN ON A NON KOSHER DIET THAT TCSO CALLS KOSHER A TYPICAL TRAY IS 3 CHIX NUGGETS, ICEBURG LETTUCE WITH 0.75 OZ ~ OF DRESSING AND A PIECE OF BREAD. AFTER A 20 DAY LOCKDOWN OFFICER VACHER BROUGHT MY WHITE "SILVER" BRAND TRAY MODEL #239879 TO MY DOOR. I STATED TO VACHER THAT I WISHED TO DINE WITH THE GENTILES SO THAT I MIGHT SEE THEIR FARE FOR A CIVIL SUIT. VACHER BLOCKED ME AND RADIOED SOME SUPERVISOR ASKING "CAN HOLCOMB DINE WITH THE GENTILES?" HE WAS TOLD NO. DESPITE BEING OFF LOCKDOWN.

A SHORT TIME LATER SGT. DOBBINS APPEARED AND STATED HE SAID "GEN POP" MEANING GENERAL POPULATION. WHEN ASKED WHAT'S THE DIFFERENCE DOBBINS QUICKLY TERMINATED THE DISCUSSION.

I BRING THIS SUIT FOR DENYING ME THE RIGHT TO EAT WITH THE GENTILES / GENERAL POPULATION ON 8/14/2025 AI.

I SEEK: $1 MILLION EACH
PUBLIC APOLOGY
JUSTICE DEPT. INVESTIGATION OF TCSO

RABBI Dean A. Holcomb

BEHAVIOR MODIFICATION
ENHANCED CELL

8/21/2025

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NC

RABBI DEAN ALTON HOLCOMB,

Vs.

TRANSYLVANIA COUNTY SHERIFFS OFFICE,
LT. McCALL — IN HIS INDIVIDUAL CAPACITY,
MS. STRAYPE — IN HER INDIVIDUAL CAPACITY,

    TCSO STAFF WILL NOT PROVIDE MORE THAN
3 PIECES OF NOTEBOOK PAPER EVERY WEEK
DESPITE BEING PRO SE IN THEIR INDIGENT PACKS.
I NEED MUCH MORE SO I MIGHT EXERCISE ALL
MY RIGHTS CRIMINAL DEFENCE, CIVIL RIGHTS LITIGATION
CONTACTING THE PRESS, THE UNITED NATIONS &
THE HAUGE FOR HATE CRIMES
    REQUESTS FOR 4 — 42 USC 1983 PACKS VIA
THE KIOSK IS IGNORED REQUESTS REGARDING
COPY SERVICE FOR LEGAL DOCUMENTS IGNORED ON
KIOSK.
    WHEN I REFUSE AN UNLAWFUL COMMAND
I RECEIVE ROTTEN FRUIT(SEE VIDEO DATA
SEPERATE SUITS) I HAVE BEEN DENIED PENCILS
THAT I PURCHASED VIA CREDIT TO THWART
MY EFFORTS. WHEN MOVED TO A PADDED CELL
THE BLOOD SPLATTERED SHEET WAS DESTROYED
THE DOCUMENTS AND BIBLE WATERLOGGED
SEE VIDEO — A COUPLE HOURS LATER RETURNED
ALSO WATER LOGGED. ENVELOPES.

              RELIEF
    I SEEK UNLIMITED ACCESS TO 42 USC 1983
PACKS, LEGAL COPY SERVICE & BLANK PAPER TO
ADDRESS CLERKS OF COURT, COUNCEL, AND
POSTAGE WITH LARGE ENVELOPES.

Date: 8/25/2075

Signature: RABBI DEAN A Holcomb
Prison ID #: POLITICAL PRISONER

HER CHILD SEX SLAVES FBI.!!!
CONTACT F.B.I.

CALL FBI

8/21/25 3:08pm — GODINEZ VIA VIDEO

# MISSING 4 ENVELOPES!
1— MISDEMEANOR SENTENCING GUIDELINE & BLOODY PAPER

2— THEY CHANGED ENVELOPES MINE HAD "LEGAL MATERIALS" WRITTEN UNDER L.D. STICKER.

8/21 AFTER 3:30pm REPORT OFC. OWEN
MISSING 4 ENVELOPES — RETURNED DAMAGED

TO THE FEDERAL COURT —

THIS MESSAGE WAS WRITTEN TO RECORD ON VIDEO THAT MY LEGAL DOCS SEIZED WHILE ON "SUICIDE WATCH" SEE PREVIOUS LAWSUIT HOLCOMB V. McCALL   ALSO MY DOCS EVIDENCE AND SCRIPTURES WERE WATER LOGGED THEY FIT NEATLY INTO AN ENVELOPE B/FORE I WAS SENT TO PADDED CELL

PLZ HELP ME!!